FILED

JUN -6 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*NOT FOR PUBLICATION*
*NOT POSTED ON WEBSITE*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

LOREN FRANK FASMER and
MARY LOU BRYANT FASMER,

Debtors.

Case No. 11-20542-E-7
Docket Control No. DEF-001

**MEMORANDUM OPINION DENYING MOTION TO ABANDON ASSETS**

After notice and hearing, the court may order the Trustee to abandon property of the Estate that is burdensome to the Estate or of inconsequential value and benefit to the Estate. 11 U.S.C. § 554(b). Property in which the Estate has no equity is of inconsequential value and benefit. *Cf. Vu v. Kendall (In re Vu)*, 245 B.R. 644 (B.A.P. 9th Cir. 2000). Here the property is Loren Fasmer's sole-proprietorship business, "Loren Fasmer Construction."

However, the Motion fails to properly plead the necessary elements of a motion to abandon property, particularly the identity of the assets, value of the assets, the basis for the lack of equity or how the assets are of inconsequential value or benefit to the Estate.

The court has no idea of what assets are to be abandoned, what constitutes the "sole proprietorship," or what assets of the

Debtors have been disclosed on the Schedules are part of the business.  It is not the court's responsibility to draft pleadings for the parties.

The failure to properly plead a motion as required under Federal Rule of Bankruptcy Procedure 9013 and the local rules of this court create a fatal defect in the Motion.  The court cannot grant relief.  Federal Rule of Bankruptcy Procedure 9013 requires that, "The motion shall state with particularity the grounds therefor, and shall set forth the relief or order sought."  The pleading titled "Motion" filed in this matter fails to establish the prima facie case for the requested relief.  It is not for the court to traverse through other pleadings to make Debtors' case for them.  The abandonment motion is denied without prejudice.

///

Dated: June 6, 2011

RONALD H. SARGIS, Judge
United States Bankruptcy Court

Case 11-20542    Filed 06/06/11    Doc 57

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached document(s).

---

David Foyil
18 Bryson Dr
Sutter Creek, CA 95685

LOREN FASMER
17970 BURKE DRIVE
Plymouth, CA 95669

MARY FASMER
17970 BURKE DRIVE
Plymouth, CA 95669

David Gravell
PO Box 9192
Truckee, CA 96162

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814